**Slip Op. 08 - 127**

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HUSTEEL COMPANY, LTD. and SEAH CORP., LTD,<br><br>          Plaintiffs,<br><br>          v.<br><br>UNITED STATES,<br><br>          Defendant,<br><br>          and<br><br>IPSCO TUBULARS, INC., LONE STAR STEEL CO. INC., and MAVERICK TUBE CORP.,<br><br>          Defendant-Intervenors. | **Before: Gregory W. Carman, Judge**<br><br>Court No. 06-00075 |

**<u>MEMORANDUM and ORDER</u>**

[*Commerce's second remand results are sustained in part and remanded in part.*]

November 21, 2008

Troutman Sanders LLP (<u>Donald B. Cameron</u>, <u>Julie C. Mendoza</u>, <u>Jeffrey S. Grimson</u>, <u>R. Will Planert</u>, <u>Brady W. Mills</u>, and <u>Mary S. Hodgins</u>) for Plaintiff*s*.

<u>Gregory G. Katsas</u>, Assistant Attorney General; <u>Jeanne E. Davidson</u>, Director, Commercial Litigation Branch, Civil Division, United States Department of Justice (<u>David D'Alessandris</u>), and <u>David W. Richardson</u>, of counsel, Office of Chief Counsel for Import Administration, United States Department of Commerce, for Defendant.

Schagrin Associates (<u>Roger B. Schagrin</u> and <u>Michael J. Brown</u>) for Defendant-Intervenors.

CARMAN, JUDGE: Upon consideration of Department of Commerce's ("Commerce") Second Remand Results, the comments submitted by Plaintiffs pointing to an error in Commerce's calculation of Korean inventory carrying costs, and comments submitted by Defendant acknowledging said error and requesting a remand to make corrections of said error, it is hereby

**ORDERED** that the Second Remand Results are sustained, with the exception of the calculation of certain Korean inventory carrying costs; and it is further

**ORDERED** that this case is remanded to the Department of Commerce for the limited purpose of correcting its calculation of certain Korean inventory carrying costs; and it is further

**ORDERED** that Defendant shall file with this Court the Third Remand Results no later than **December 5, 2008**.

     /s/ Gregory W. Carman     <br>
Gregory W. Carman, Judge

Dated:       November 21, 2008<br>
                New York, New York